ORIGINAL

```
_FILED          _RECEIVED
_ENTERED        _SERVED ON
                     OF RECORD

2005 OCT 21  P 12: 20

BY  MJ
```

1  BRADFORD R. JERBIC
   City Attorney
2  Nevada Bar No. 1056
   By: PHILIP R. BYRNES
3  Deputy City Attorney
   Nevada Bar No. 0166
4  400 East Stewart Avenue
   Ninth Floor
5  Las Vegas, Nevada 89101
   (702) 229-6201
6  Attorneys for Defendant
   CITY OF LAS VEGAS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANN CHRZANOWSKI,

    Plaintiff,

vs.

JUDGE GEORGE ASSAD, CITY OF LAS VEGAS, a political subdivision of the state of Nevada; MARSHALL R. SAAVEDRA, John Does, I-X, each individually and in their official capacities,

    Defendants.

CASE NO. CV-S-05-0418-RLH-PAL

### DEFENDANT CITY OF LAS VEGAS' REPLY TO OPPOSITION TO MOTION TO DISMISS

Defendant CITY OF LAS VEGAS (hereinafter "CITY"), through its attorneys, BRADFORD R. JERBIC, City Attorney, by PHILIP R. BYRNES, Deputy City Attorney, replies to Plaintiff's Opposition to Motion to Dismiss as follows:

Under the allegations of her Complaint, Plaintiff alleges she was taken into custody by a court marshal at the direction of a Municipal Judge. She attempts to hold the CITY liable based upon the actions of the marshal. As discussed in, the City's original motion, the CITY cannot be held liable under these circumstances.

In an attempt to avoid dismissal, Plaintiff attempts to raise a factual dispute regarding "the Judge's position on Defendant Saavedra's conduct." Opposition to Motion to Dismiss at 2. This

1 matter is not raised in the Complaint and Plaintiff has not offered any evidence by affidavit or
2 otherwise, concerning this point pursuant to Fed.R.Civ.P. 12(b).

3 Plaintiffs unsupported allegations in their points and authorities are insufficient to avoid
4 dismissal. In *Schneider v. California Dept. of Corrections*, 151 F.3d 1194, 1197, n1 (9th Cir.
5 1998), the Ninth Circuit stated:

> Perhaps recognizing that their complaint was (at best) ambiguous, the inmates insisted in their memorandum to the district court opposing the State's motion to dismiss that their ITAs do indeed earn interest but that the interest is credited to the Inmate Welfare Fund rather than to them as individual prisoners. **The "new" allegations contained in the inmates' opposition motion, however, are irrelevant for Rule 12(b)(6) purposes. In determining the propriety of a Rule 12(b)(6) dismissal, a court may not look beyond the complaint to a plaintiff's moving papers, such as a memorandum in opposition to a defendant's motion to dismiss.** See Harrell v. United States, 13 F.3d 232, 236 (7th Cir.1993); see also 2 Moore's Federal Practice, § 12.34[2] (Matthew Bender 3d ed.) ("The court may not ... take into account additional facts asserted in a memorandum opposing the motion to dismiss, because such memoranda do not constitute pleadings under Rule 7(a)."). The focus of any Rule 12(b)(6) dismissal--both in the trial court and on appeal--is the complaint. (Emphasis added.)

15 The Court should disregard the bare assertions in Plaintiff's points and authorities.
16 The factual allegations in Plaintiff's Complaint do not support a finding against the CITY.
17 The Motion to Dismiss should be granted.

18 DATED this 21st day of October, 2005.

BRADFORD R. JERBIC
City Attorney

By _____
PHILIP R. BYRNES
Deputy City Attorney
Nevada Bar No. 0166
400 E. Stewart Avenue 9th Floor
Las Vegas, Nevada 89101
Attorneys for Defendant CITY OF
LAS VEGAS

## CERTIFICATE OF MAILING

I hereby certify that on this 21st day of October, 2005, I placed in the United States Mail at Las Vegas, Nevada, postage prepaid, a copy of the above and foregoing Defendant City of Las Vegas' Reply to Opposition to Motion to Dismiss, addressed as follows:

Cal J. Potter, III, Esq.
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Attorney for Plaintiff

Thomas D. Dillard, Jr., Esq.
RAWLINGS, OLSON, CANNON & DESRUISSEAUX
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
Attorneys for Defendant
Judge George Assad

Thomas D. Beatty, Esq.
LAW OFFICES OF THOMAS D. BEATTY
601 Bridger Ave.
Las Vegas, NV 89101
Attorneys for Defendant
Marshall R. Saavedra

_____
An Employee of the City of Las Vegas

F:\Depot\FILELOGS\LIT\CHRZANOWSKI\reply.opposition.wpd