UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Ann Chrzanowski,

                    Plaintiff-Appellant,

vs.

George Assad, et al.,

                    Defendants-Appellees.

| | |
|---|---|
| District No. | 2:05-cv-0418-RLH |
| U.S.C.A. No. | 06-15699 |

ORDER ON MANDATE

      The above-entitled cause having been before the United States Court of Appeals for the  Ninth Circuit,

and the Court of Appeals having on   06/17/08        , issued its judgment AFFIRMING the judgment of the District

Court, and the Court being fully advised in the premises,  NOW, THEREFORE, IT IS ORDERED that the mandate

be spread upon the records of this Court.

Dated this   23rd   day of   June                , 2008.

_____

Roger L. Hunt

Chief United States District Judge